**GATES, O'DOHERTY, GONTER & GUY, LLP**
**15373 Innovation Drive, Suite 170**
**San Diego, California 92128**
**Telephone: (858) 676-8600**
**Facsimile: (858) 676-8601**

Attorney:   DOUGLAS D. GUY, ESQ. (SBN 118744)
            dguy@gogglaw.com

            VINCENT J. AXELSON, ESQ. (SBN 159549)
            vaxelson@gogglaw.com

Attorneys for Defendant DAMON MOTOR COACH and LA MESA RV CENTER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR G. SARNECKI and SHIRLEY S. SARNECKI, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, DAMON MOTOR COACH, LA MESA R.V. CENTER, INC., and DOES 1-10, inclusive <br><br> Defendants. | CASE NO. 08-CV-02880-MCE-KJN <br><br> **STIPULATION AND PROPOSED ORDER BY ALL PARTIES TO AMEND THE COURT'S PRETRIAL SCHEDULING ORDER AND TO CONTINUE DISCOVERY CUTOFF, EXPERT DISCLOSURES, AND DISPOSITIVE MOTION DATE** <br><br> Judge:   Morrison C. England, Jr. <br><br> Action Filed:   October 28, 2008 |

Plaintiffs OSCAR and SHIRLEY SARNECKI, by and through their counsel of record, Douglas D. Law, Esq. of Law and Kolakowski, LLP and Defendants DAMON MOTOR COACH and LA MESA R.V. CENTER, by and through their attorney of record, Vincent J. Axelson, Esq. of Gates, O'Doherty, Gonter & Guy, LLP and defendant FORD MOTOR COMPANY, by and through their counsel of record, Kevin J. Tully, of the Law Offices of Kevin J. Tully, do hereby stipulate to amend the Court's Scheduling Order as follows:

1.   The current April 14, 2010 discovery cutoff date shall be continued to December 20, 2010.

1

PDF created with pdfFactory trial version www.pdffactory.com

2. The current expert disclosure date of June 14, 2010 shall be continued to February 14, 2011.

3. All rebuttal experts shall be disclosed by March 7, 2011.

4. The current dispositive motion due date of August 13, 2010 shall be continued to April 22, 2011.

5. All parties believe that good cause exists to amend the scheduling order accordingly:

6. On February 3, 2010, the Court vacated the February 14, 2011 trial date and continued it until October 24, 2011. The Order continuing the trial date, however, did not continue the discovery cutoff, expert disclosure or dispositive motion hearing dates. The parties have not completed discovery, in part due to the fact plaintiffs' counsel has been engaged in trial. Thus, in light of the trial continuance, the parties believe it appropriate to continue the discovery cutoff, the expert disclosure, and the dispositive motion hearing dates as well.

7. For these reasons, the parties agree to continue the discovery cutoff, the expert disclosure date, and the dispositive motion hearing due date as set forth above.

Dated:  May __, 2010          GATES, O'DOHERTY, GONTER & GUY, LLP

By:_____/s/_____
     VINCENT J. AXELSON
     Attorneys for Defendant
     DAMON MOTOR COACH and LA MESA RV
     CENTER, INC.

STIPULATION BY ALL PARTIES TO AMEND THE COURT'S PRETRIAL SCHEDULING ORDER AND TO CONTINUE DISCOVERY CUTOFF, EXPERT DISCLOSURES, AND DISPOSITIVE MOTION DATE

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:  May __, 2010            LAW & KOLAKOWSKI, LLP



                                By:_____/s/_____
                                   DOUGLAS D. LAW
                                   LEONARD M. KOLAKOWSKI


                                   Attorneys for Plaintiffs
                                   OSCAR G. SARNECKI and SHIRLEY SARNECKI



Dated:  May __, 2010            LAW OFFICES OF KEVIN J. TULLY



                                By:_____ _/s/_____
                                   KEVIN TULLY
                                   Attorneys for Defendant FORD MOTOR
                                   COMPANY

IT IS SO ORDERED.


Dated:_May 28, 2010


                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
_____
```

3

STIPULATION BY ALL PARTIES TO AMEND THE COURT'S PRETRIAL SCHEDULING ORDER AND TO CONTINUE DISCOVERY CUTOFF, EXPERT DISCLOSURES, AND DISPOSITIVE MOTION DATE

PDF created with pdfFactory trial version www.pdffactory.com