Vincent J. Axelson, State Bar No. 159549
Jonathan Corn, State Bar No. 156983
**THE AXELSON CORN LAW FIRM**
1220 North Coast Highway 101, Suite 120
Encinitas, California 92024
Telephone: +1 760 944 9006
Facsimile:  +1 858 454 1886

Attorneys for Defendants DAMON CORPORATION (erroneously sued herein as DAMON MOTOR COACH) and LA MESA R.V. CENTER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| OSCAR G. SARNECKI and SHIRLEY S. SARNECKI,<br><br>            Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, DAMON MOTOR COACH, LA MESA R.V. CENTER, INC., and DOES 1-10, inclusive<br><br>            Defendants. | CASE NO. 2:08-CV-02880-MCE-EFB<br><br>**STIPULATION TO DISMISS DEFENDANTS DAMON AND LA MESA RV WITH PREJUDICE; ORDER THEREON**<br><br>The Honorable Morrison C. England, Jr.<br><br>Action Filed:    October 28, 2008 |

It is hereby stipulated by and between plaintiffs Oscar Sarnecki and Shirley Sarnecki, on the one hand, and defendants Damon Corporation (erroneously sued as Damon Motor Coach) and La Mesa R.V. Center, Inc., on the other hand, that the above-entitled action be dismissed with prejudice as to all claims against defendants Damon and La Mesa RV with the Court retaining jurisdiction to enforce the settlement agreement between these parties and/or determine that the settlement was made in "good faith" according to applicable law.  The parties hereto waive any right to any attorneys fees or costs that may otherwise be recoverable between them, as such fees and costs have been paid and all matters in

controversy between the parties to this stipulation for which this action was brought have been fully settled.

Dated:  April 14, 2011        **Law & Kolakowski**


    */s/ Leonard Kolakowski*
    Leonard Kolakowski
    Attorneys for Plaintiffs Oscar Sarnecki and
    Shirley Sarnecki


Dated:  April 14, 2011        **The Axelson Corn Law Firm**


    /s/ Vincent J. Axelson
    Vincent J. Axelson
    Attorneys for Defendants Damon Corporation
    and La Mesa R.V. Center, Inc.


**IT IS SO ORDERED**.   Defendants Damon Corporation and La Mes R.V. Center, Inc. are hereby dismissed with prejudice as set forth above. This case remains active, however, as to Defendant Ford Motor Company.

Dated:  April 20, 2011

    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE