# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR G. SARNECKI, an individual, and SHIRLEY S. SARNECKI, an individual,<br><br>　　　　　Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY, a corporation; DAMON MOTOR COACH, a business entity, form unknown; LA MESA R.V. CENTER, INC., a business entity, form unknown; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:08-CV-02880-MCE-EFB<br><br>**ORDER TO DISMISS DEFENDANT FORD MOTOR COMPANY**<br><br>Judge: Morrison C. England, Jr.<br>Action Filed: October 28, 2008 |

　　　　Case number 08-CV-02880-MCE-EFB is hereby dismissed, with prejudice, pursuant to the Parties Joint Stipulation of Dismissal.  The Clerk is directed to close the file.

　　　　**IT IS SO ORDERED**.

Dated: August 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1